Vanessa R. Waldref
United States Attorney
Derek T. Taylor
Joseph P. Derrig
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMASA JIMENEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA;<br>UNKNOWN JOHN DOES, AND<br>UNKWNON JOHN DOE CLINICS,<br><br>        Defendants. | No. 2:22-cv-00266-TOR<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS** |

Under Fed. R. Civ. P. 41, the parties stipulate to Plaintiff's voluntary dismissal of this action and respectfully request the entry of an order dismissing the Complaint with prejudice with each party bearing its own fees, costs, and expenses.

RESPECTFULLY SUBMITTED March 7, 2023.

| | |
|---|---|
| Quantum Legal, PLLC | Vanessa R. Waldref<br>United States Attorney (EDWA) |
| *s/Mario E. Interiano*<br>Mario E. Interiano<br>Attorney for Plaintiff | *s/Derek T. Taylor*<br>Derek T. Taylor<br>Joseph P. Derrig<br>Assistant United States Attorneys<br>Attorneys for Defendant United States |

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE - 1

## Certificate of Service

I hereby certify that on March 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| Mario E. Interiano<br>Quantum Legal, PLLC<br>7502 W. Deschutes Place<br>Kennewick, WA 99336<br>Email: Mario@qtmlegal.com<br>*Attorneys for Plaintiff* | ☒ CM/ECF System<br>☐ Electronic Mail<br>☐ U.S. Mail<br>☐ Other: _____ |

*s/Derek T. Taylor*
Assistant United States Attorney

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE - 2