AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 08, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| TOMASA JIMENEZ. | ) |
| *Plaintiff* | ) |
| v. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, et al., | |
| *Defendant* | |

Civil Action No.   2:22-CV-0266-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑   other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice, each party bearing its own fees, costs, and expenses.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision was reached.

☑   decided by Judge   THOMAS O. RICE

on the parties' Stipulation for Dismissal with Prejudice.  ECF No. 8.

Date:  March 8, 2023

*CLERK OF COURT*

SEAN F. McAVOY

*s/ B. Fortenberry*

*(By) Deputy Clerk*

B. Fortenberry